NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY LAMBERSON,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D18-568
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.

Anthony Lamberson, pro se.


PER CURIAM.

            Affirmed.  See Bunkley v. State, 800 So. 2d 663 (Fla. 2d DCA 2001).



BLACK, SALARIO, and BADALAMENTI, JJ., Concur.